# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-55809**
**BRIAN KEITH MARSHALL** )
**HEIDI BETH MARSHALL** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **AFNI/VERIZON WIRELES**
   **Check No. 749784**
   **Claim #015**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$93.43** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **9/14/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 760869*
*receipt # 81781*

FILED 2010 SEP 16 PM 1:36
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

BRIAN KEITH MARSHALL
8148 CLOVER LANE
GARRETTSVILLE, OH 44231
(Via Regular Mail)

HEIDI BETH MARSHALL
8148 CLOVER LANE
GARRETTSVILLE, OH 44231
(Via Regular Mail)

THOMAS R BUCHANAN (via ECF)

AFNI/VERIZON WIRELES
404 BROCK DRIVE
PO BOX 3097
BLOOMINGTON, IL 61702-3097
(via Regular Mail)

Date of Service: **9/14/2010**         By: **JoAnn Romig**
                                       Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com